## Brimmer v. Mayer.

Argued Nov. 14, 1900. Appeal, No. 183, Oct. T., 1900, by defendants, in suit of John F. Brimmer against Israel P. Mayer, agent, and H. K. Baumgardner, from judgment of C. P. Lancaster Co., April T., 1900, No. 47, making absolute rule to show cause why judgment should not be entered for want of a sufficient affidavit of defense. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed. Per Curiam.

*T. B. Holahan,* for appellants.

*Jno. A. Coyle* and *W. H. Keller,* for appellee.

PER CURIAM, December 10, 1900:

This is an appeal from a judgment for want of a sufficient affidavit of defense in an action on a recognizance given by the defendants here on an appeal from an award of arbitrators. After a trial of that appeal, judgment was entered against the plaintiff therein, the principal defendant here. The only defense set up in the affidavit is that the judgment last mentioned was null and void. We have shown in the preceding case, Mayer *v.* Brimmer, ante, p. 451, that this position cannot be maintained. Therefore, the court committed no error in adjudging the affidavit of defense insufficient to prevent judgment.

Judgment affirmed.